EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2005

at ____ o'clock and ____ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00493-05 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER FOR DISMISSAL |
| THEODORE CASUGA,     (05) | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Theodore Casuga ("Defendant Casuga") on the grounds that Defendant Casuga was charged and sentenced in an Information, Cr. No. 04-00324 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Casuga in the Indictment for Cr. No. 03-00493 HG after sentencing.

Defendant Casuga was sentenced on February 17, 2005, to twenty-four (24) months confinement. Defendant Casuga is currently not in custody, but he is to self-surrender on March 31, 2005.

DATED: Honolulu, Hawaii, FEB 1 8 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

DATED: 2 5 FEB 2005

United States v. Theodore Casuga
Cr. No. 03-00493-05 HG
"Order for Dismissal"

2